**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-6051**

---

MICHAEL WILLIAM,

　　　　　　　　　　　　　　　　　Petitioner - Appellant,

　　　versus

WILLIE SCOTT, Warden, RCI, Winton; HARLEY
LAPPIN, Director B.O.P.,

　　　　　　　　　　　　　　　　　Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Malcolm J. Howard,
District Judge. (CA-03-757-5-H)

---

Submitted: April 15, 2004　　　　　Decided: April 22, 2004

---

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Michael William, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael William, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See William v. Scott, No. CA-03-757-5-H (E.D.N.C. filed Oct. 31, 2003 & entered Nov. 3, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED